UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

VICTOR KEVEN THOMAS,

                           Plaintiff,

                                                                          DECISION AND ORDER

                                                                          03-CV-6394L

                       v.

C.O. J. CASSLEBERRY, et al.,

                           Defendants.
_____

      Plaintiff, Victor Thomas, moved to amend his complaint, principally to add six new defendants. (Dkt. #56, #61). Defendants' opposed the motions (Dkt. #64).

      This Court had referred pretrial matters in this case to United States Magistrate Judge Marian W. Payson pursuant to 28 U.S.C. § 636(b). After considering the relevant papers, Magistrate Judge Payson issued a thorough Report and Recommendation (Dkt. #78), which discussed the facts and the legal principles involved. It was Magistrate Judge Payson's recommendation that the Court should deny the motions. Plaintiff has filed objections to that Report and Recommendation.

      After careful review of all the pleadings, as well as Magistrate Judge Payson's Report and Recommendation, I agree with her analysis of the facts and the law. I see no reason to modify, reverse or change the Report and Recommendation and, therefore, I adopt it in its entirety.

CONCLUSION

Plaintiff's motions to amend the complaint (Dkt. #56, #61) are in all respects denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
April 13, 2010.